Michael McNEAL, Plaintiff–Appellant,

v.

Honorable Timothy R. DOORY,
Defendant–Appellee.

No. 13–6715.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 30, 2013.

Michael McNeal, Appellant pro se.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael McNeal appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006), and denying his Fed.R.Civ.P. 59(e) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because McNeal's informal brief does not challenge the basis for the district court's disposition, McNeal has forfeited appellate review of the court's orders. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*